PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Law Office of Philip J. Trenchak, P.C.
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Phone: (702) 476-5101
Fax: (702) 476-5158
Attorney for Plaintiffs

DAN J. LOVELL, ESQ.
Nevada Bar No. 9618
Law Offices of Dan J. Lovell, P.C.
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Phone: (702) 476-5101
Fax: (702) 476-5158
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA PEARCE, an individual, | |
| Plaintiff, | CASE NO. 2:17-cv-00180-JCM-PAL |
| v. | |
| THE LODGE AT SHELBOURNE, LLC; ROE BUSINESS OR GOVERNMENTAL ENTITIES, 1 through 300, Inclusive, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO AMEND PLEADINGS AND ADD PARTIES** |
| Defendants. | (First Request) |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On May 18, 2017, this Court entered an Order stating the deadline to amend pleadings and add parties in this matter is June 14, 2017.

2. This is the first request by the parties to amend the Court's May 18, 2017, Order.

3. The parties stipulate and agree the deadline to amend pleadings and add parties should be extended to June 21, 2017. The request for extension is to allow Plaintiff a brief additional period to

-1-

amend her Complaint to include allegations related to wage and hour payment violations. All other deadlines stated in the court's May 18, 2017, Order shall remain the same.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of scheduling deadlines has been made.

Dated this 14th day of June, 2017.

| /s/ Phil Trenchak | /s/ S. Brett Sutton |
|---|---|
| Philip J. Trenchak, Esq. | S. Brett Sutton, Esq. |
| Nevada Bar No. 9924 | Nevada Bar No. 12109 |
| Dan J. Lovell, Esq. | Jared Hague, Esq. |
| Nevada Bar No. 9618 | Nevada Bar No. 12761 |
| 1212 S. Casino Center Blvd. | 6720 Via Austi Parkway, Suite 430 |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89119 |
| P: (702) 476-5101 | P: (702) 270-3065 |
| Attorneys for Plaintiff | Attorneys for Defendant |

## **ORDER**

Based on the stipulation between the parties, the deadline to amend pleadings and add parties shall be extended to June 21, 2017.

**IT IS SO ORDERED.**

Dated: June 20, 2017

_____
UNITED STATES MAGISTRATE JUDGE