S. BRETT SUTTON 12109
Brett@suttonhague.com
JARED HAGUE 12761
Jared@suttonhague.com
SUTTON HAGUE LAW CORPORATION, P.C.
6720 Via Austi Parkway, Suite 430
Las Vegas, NV 89119
Telephone: (702) 270-3065
Fax: (702) 920-8944

Attorneys for Defendant
THE LODGE AT SHELBOURNE, LLC

**PHILIP J. TRENCHAK, ESQ.**
Nevada State Bar No. 9924
Law Office of Philip J. Trenchak, P.C.
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Phone: (702) 476-5101
Fax: (702) 476-5158
Attorney for Plaintiff

**DAN J. LOVELL, ESQ.**
Nevada State Bar No. 9618
Law Offices of Dan J. Lovell, P.C.
1212 S. Casino Ctr. Blvd.
Las Vegas, Nevada 89104
Phone: (702) 746-5101
Fax: (702) 476-5158
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

* * *

| | |
|---|---|
| MARIA PEARCE, an individual, | Case No. 2:17-cv-00180-JCM-PAL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE LODGE AT SHELBOURNE, LLC, a Nevada Limited Liability Company | COMPLAINT FILED: January 20, 2017 |
| Defendant. | |

1

[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## STIPULATION FOR DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate that the above-entitled action be dismissed with prejudice.

DATED: August 3, 2017            LAW OFFICE OF PHILIP J. TRENCHAK, P.C.

                                             /s/ Philip J. Trenchak
                                             Philip J. Trenchak, Esq.
                                             Dan J. Lovell, Esq.
                                             Attorneys for Plaintiff

DATED: August 3, 2017            SUTTON HAGUE LAW CORPORATION, P.C.

                                             /s/ Jared Hague
                                             JARED HAGUE, ESQ.
                                             Attorney for Defendant
                                             THE LODGE AT SHELBOURNE, LLC

## ORDER

ORDERED, dismissing this action with prejudice.

DATED: August 4, 2017.

                                               James C. Mahan
                                               UNITED STATES DISTRICT JUDGE

Sutton Hague
Law Corporation, P.C.
6720 Via Austi Parkway,
Suite 430
Las Vegas, NV 89119

2
[PROPOSED] STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE